JUNIPER NETWORKS, INC.,
Plaintiff–Appellee,

v.

GRAPHON CORPORATION and
Vertical Marketing, Inc.,
Defendants–Appellants.

No. 2010–1143.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2010.

Richard L. Rainey, Covington & Burling LLP, of Washington, DC, argued for plaintiff-appellee. With him on the brief were Brian G. Bieluch; and Jeffrey M. Davidson, of San Francisco, California.

Michael D. Rounds, Watson Rounds, Reno, Nevada, argued for defendant-appellant. With him on the brief was Adam K. Yowell. Of counsel on the brief were Joseph M. Vanek and Jeffrey R. Moran, Vanek, Vickers & Masini, P.C., of Chicago, Illinois.

Before GAJARSA, MAYER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

HITACHI KOKI CO., LTD.,
Plaintiff–Appellant,

v.

David J. KAPPOS, Director, Patent and Trademark Office, Defendant–Appellee.

No. 2009–1548.

United States Court of Appeals,
Federal Circuit.

Oct. 14, 2010.

Paul Devinsky, McDermott, Will & Emery LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Bureden J. Warren, Charles J. Hawkins and Isaac S. Crum.

Joseph G. Piccolo, United States Patent & Trademark Office, of Alexandria, Virginia, for defendant-appellee. With him on the brief were Raymond T. Chen, Solicitor and Frances M. Lynch, Associate Solicitor.

GAJARSA, MAYER, and MOORE,
Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.